1  ROBERT K. PHILLIPS, ESQ.
   Nevada Bar No. 11441
2  TIMOTHY D. KUHLS, ESQ.
   Nevada Bar No. 13362
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5  (702) 938-1511 (Fax)
   rphillips@psalaw.net
6  tkuhls@psalaw.net

7  *Attorneys for Defendants*
   *Walmart, Inc. & Wal-Mart Realty Co.*
8

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11 
   JILLIAN NOEL ALVAREZ,              Case No.: 2:19-cv-02189-GMN-DJA
12
                Plaintiff,
13
   v.
14                                     **STIPULATION AND ORDER FOR**
   WALMART, INC. dba WALMART           **DISMISSAL WITH PREJUDICE**
15 SUPERCENTER #2050, a foreign corporation;
   WAL-MART REALTY COMPANY, a foreign
16 corporation; DOE MAINTENANCE
   COMPANY 1-10; DOE INDIVIDUALS 1-20;
17 and ROE BUSINESS ENTITIES 1-20,
   inclusive,
18
                Defendants.
19

20     IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

21 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

- 1 -

party's own costs and attorney's fees.

DATED this 21 day of July 2021.

**MAINOR WIRTH, LLP**

_____
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
MAINOR WIRTH, LLP
6018 S. Ft. Apache Road, Suite 150
Las Vegas, NV 89148

*Attorneys for Plaintiff*
*Marisela Alvarez*

DATED this 26 day of July 2021.

**PHILLIPS, SPALLAS & ANGSTADT**

_____ #14131
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. &*
*Walmart, Inc. d/b/a Walmart #259*

*Jillian Noel Alvarez v. Wal-Mart Stores, Inc.& Walmart, Inc. d/b/a Walmart #2592*
*Case No.* **2:19-cv-02189-GMN-DJA**

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this __27__ day of July, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT